## THE MONTANA CATTLE COMPANY, Appellant, *v.* FORSYTHE et al., Respondents.

[Submitted July 9, 1895.   Decided July 15, 1895.]

APPEAL—*Affirmance.*—When the statement on motion for a new trial is stricken from the record on motion and the appellant's counsel concede that there is no error in the judgment roll, the judgment will be affirmed.

*Appeal from Seventh Judicial District, Yellowstone County.*

JUDGMENT was rendered for the defendants below by MIL-BURN, J.   Affirmed.

*Massena Bullard,* for Appellant.

*John T. Smith, Clifton George* and *Gib. A. Lane,* for Respondents.

PER CURIAM.—The statement, on motion for a new trial in this case, having heretofore been stricken from the record, on motion of respondents, there is nothing now to consider, on the appeal from the judgment, but the judgment roll.   As our attention has not been called to any error in the judgment roll, and as counsel for the appellant concede that there is no error therein, the judgment appealed from is affirmed.